SPREMULLI'S AMERICAN SERVICE, APPELLANT, *v.*
CINCINNATI INSURANCE COMPANY, APPELLEE.

[Cite as *Spremulli's Am. Serv. v. Cincinnati
Ins. Co.* (1994), 68 Ohio St.3d 1223.]

(No. 93–155—Submitted January 26, 1994—Decided March 23, 1994.)

*Mancino, Mancino & Mancino* and *Paul Mancino, Jr.,* for appellant.
*Ulmer & Berne, Ronald H. Isroff* and *Lawrence F. Peskin,* for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and
PFEIFER, JJ., concur.